UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-00-317-CI |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON ANSWER |
| MICHAEL B. SCHINDLER, | |
| Defendant, | |
| and | |
| JENSEN DISTRIBUTION SERVICES, | |
| Garnishee. | |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 2, 2005, recommending Plaintiff's Motion for Judgment on Answer and Order to Pay be granted. There being no objections, IT IS HEREBY ORDERED: the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Judgment on Answer and Order to Pay **(Ct. Rec. 25)** is **GRANTED**.

The Garnishee is directed to pay 25% of Defendant's nonexempt disposable earnings to Plaintiff, and the garnishment payments shall continue until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this court. The check shall be made payable to the DEPARTMENT OF JUSTICE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

and mailed to: United States Attorney's Office, P.O. Box 1494, Spokane, WA 99210-1494.

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. Enter this Order;
2. Provide copies to counsel; and
3. **CLOSE THIS FILE.**

**DATED** this   30th   day of November, 2005.

S/ Edward F. Shea<br>EDWARD F. SHEA<br>United States District Judge

Q:\Civil\2000\0317.adoptrr.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2